IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KANOLLIE JOHNSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:25-CV-00159 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| HOME DEPOT U.S.A., INC., incorrectly identified as THE HOME DEPOT, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER CONDITIONALLY GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE HEARING ON THE RULE 16 CASE MANAGEMENT CONFERENCE ON JULY 16, 2025**

Before the Court is Plaintiff's Motion for Leave to Appear Remotely at the Hearing on the Rule 16 Case Management Conference on July 16, 2025. [Dkt. 8]. Due to a conflict in his schedule and the burdensome and costly travel-related expenses, Plaintiff's lead counsel, Emanuel Kataev, is requesting to appear remotely for the Rule 16 Case Management Conference. After considering Plaintiff's motion and reviewing the pleadings on file, the Court conditionally grants the same.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to Appear Remotely at the Hearing on the Rule 16 Case Management Conference on July 16, 2025 [Dkt. 8] is **CONDITIONALLY GRANTED**. Plaintiff's request for its lead counsel to appear remotely is conditionally granted so long as its local counsel appears in person. If neither counsel for Plaintiff is available, then Plaintiff is **ORDERED** to file a motion to continue the Rule 16 Case Management Conference no later than **July 16, 2025 at 9:00 a.m. CST** and the Court will reschedule same.

Should local counsel plan to appear in person and lead counsel appear telephonically, Mr. Kataev is to immediately provide the Court with a direct telephone number where he may be reached for the conference by forwarding same via email to karen_mcclelland@txed.uscourts.gov.

**SIGNED this 15th day of July, 2025.**

_____
Michael J. Truncale
United States District Judge