IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KANOLLIE JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:25-cv-00159 |
| | § | |
| THE HOME DEPOT, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE REGARDING RULE 16 CONFERENCE

In response to Plaintiff Kanollie Johnson's ("Plaintiff") motion to attend the Rule 16 conference virtually (doc. 8) and the Court's Order conditionally granting same (doc. 9), which allows Plaintiff's counsel to file a motion to continue the conference by 9:00 a.m. on July 16, 2025 if local counsel is unable to attend the conference in-person, Defendant Home Depot U.S.A., Inc. ("Defendant") hereby informs the Court that it is opposed to any such motion. The undersigned counsel will be traveling to the Rule 16 conference tomorrow at the time any such motion to continue is filed. Specifically, the undersigned counsel for Defendant is taking a 7:05 a.m. flight from Dallas Fort Worth International Airport to George Bush Intercontinental Airport in Houston. Upon landing in Houston at 9:00 a.m., the undersigned counsel will then drive to the courthouse to attend the Rule 16 conference, which has been scheduled since May 28, 2025. Therefore, to the extent Plaintiff's counsel files a motion to continue the Rule 16 conference by tomorrow's deadline of 9:00 a.m., Defendant is accordingly opposed to such motion (and, its counsel will already be in the air at the time such motion, if any, is filed).[1]

---

[1] Upon receipt of the Court's Order which conditionally grants Plaintiff's motion to appear at the Rule 16 conference virtually (doc. 9), counsel for Defendant called counsel for Plaintiff to determine whether Plaintiff intends to file a motion to continue the Rule 16 conference. Counsel for Defendant was not able to reach counsel for Plaintiff.

Respectfully submitted,

*/s/ Shaina E. Hicks*
Kristin S. Higgins
Texas Bar No. 24046880
kristin.higgins@ogletree.com
Shaina E. Hicks
Texas Bar No. 24139802
shaina.hicks@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT HOME DEPOT USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I filed the foregoing with the Clerk of the Court using the ECF filing system, which will send notification to all counsel of record.

*/s/ Shaina E. Hicks*
Shaina E. Hicks